IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| | |
|---|---|
| Randy E. Burgess,<br><br>    PLAINTIFF,<br><br>  v.<br><br>Carolyn W. Colvin, Acting Commissioner of Social Security,<br><br>    DEFENDANT. | C/A No. 8:16-CV-01653-TLW-JDA<br><br>**ORDER** |

This matter comes before the Court on Defendant's motion to remand this case to the Commissioner for further administrative proceedings pursuant to sentence six of 42 U.S.C. § 405(g). ECF No. 10. No objection has been filed.

The Court has reviewed Defendant's motion and, for the reasons asserted therein, the motion is GRANTED. This case is hereby REMANDED to the Commissioner for further administrative proceedings.

IT IS SO ORDERED.

                                                              *s/ Terry L. Wooten*
                                                              Terry L. Wooten
                                                              Chief United States District Judge

October 5, 2016
Columbia, South Carolina